UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT FRERCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEARSON EDUCATION, INC.,<br><br>　　　　Defendant. | No. 11 CV 5319<br><br>Judge Manish S. Shah |

### ORDER

Documents filed under seal at Dkt. 98, 98-13–98-46, 145, and 145-12–145-26 will be unsealed on September 22, 2014. Any party opposing this unsealing should file a position paper by September 15, 2014.

### STATEMENT

Plaintiff filed two briefs and a number of exhibits under seal, which defendant had designated as confidential during discovery. In his briefing on the cross-motions for summary judgment, plaintiff cited to almost all of the sealed documents. In my memorandum opinion and order on the cross-motions for summary judgment, I cited to many of the sealed documents, and they were all reviewed and considered as part of the decisionmaking process. The Seventh Circuit recently reaffirmed the principle that documents affecting the disposition of federal litigation are presumptively open to the public unless a statute, rule, or privilege justifies confidentiality. *City of Greenville, et al. v. Syngenta Crop Protection, LLC, et al.*, -- F.3d --, 2014 WL 4092255, *1 (7th Cir. Aug. 20, 2014). I know of no authority requiring these materials to remain under seal. Therefore, unless the parties demonstrate otherwise, the documents will be made public.

ENTER:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Manish S. Shah
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: 8/22/14