IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT FRERCK,<br><br>        Plaintiff,<br><br>v.<br><br>PEARSON EDUCATION, INC.,<br>and JOHN DOE PRINTERS 1-10,<br><br>        Defendants. | Civil Action No. 1:11-cv-5319<br><br>Judge Manish S. Shah |

**DEFENDANT'S MOTION FOR LIMITED RECONSIDERATION
OF AUGUST 11, 2014 MEMORANDUM OPINION AND ORDER**

Pursuant to Federal Rule of Civil Procedure 54(b), Defendant Pearson Education, Inc. ("Pearson"), respectfully moves for limited reconsideration of the Court's August 11, 2014 Memorandum Opinion and Order. In support of this Motion, and as more fully discussed in Pearson's contemporaneously-filed Memorandum in Support, Pearson states as follows:

1. Recently-issued decisions from the U.S. Court of Appeals for the Seventh Circuit and the U.S. Supreme Court have clarified and altered the appropriate legal analysis with respect to the three-year statute of limitations under the Copyright Act.

2. Specifically, in *Chicago Building Design, P.C. v. Mongolian House, Inc.*, 770 F.3d 610, 616 (7th Cir. 2014), the Seventh Circuit reversed the dismissal of copyright claims based on the discovery rule, stating "in light of *Petrella*, we now know that the right question to ask in copyright cases is whether the complaint contains allegations of infringing acts that occurred within the three-year look back period from the date on which the suit was filed."

3. Pearson respectfully submits that these changes in the law directly impact its statute of limitations defense.

4. Pearson's counsel reached out to Plaintiff's counsel but they did not indicate whether they oppose this motion.

WHEREFORE, for these reasons, and as more fully set forth in the contemporaneously-filed Memorandum in Support, Pearson respectfully requests that the Court partially reconsider its August 11 Order, and grant Pearson leave to file a motion for summary judgment as to the statute of limitations. In the alternative, Pearson respectfully requests that this Court certify its Order pursuant to 28 U.S.C. § 1292(b), so that Pearson can seek interlocutory appeal of this issue to the Seventh Circuit.

Date: November 26, 2014

Respectfully Submitted,

/s/ David W. Marston Jr.
Tedd M. Warden
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601-5094
Tel: (312) 324-1000
twarden@morganlewis.com

David W. Marston Jr.
Jessica A. Foberg (*Pro Hac Vice*)
Evan K. Jacobs (*Pro Hac Vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-5000
dmarston@morganlewis.com
jfoberg@morganlewis.com
ejacobs@morganlewis.com
*Attorneys for Defendant Pearson Education, Inc.*

**Certificate of Service**

I, Tedd M. Warden, certify that on November 26, 2014, I caused the foregoing Motion for Limited Reconsideration of Court's August 11, 2014 Memorandum Opinion and Order to be filed on ECF with the Clerk of Court, who will notify all attorneys of record:

Alex Rice Kerr
Harmon & Seidman LLC
PO Box 3097
Jackson, WY 83001
Tel: (970) 270-4718
alex@harmonseidman.com

Christopher Seidman
Harmon & Seidman LLC
101 S. 3rd Street
Suite 265
Grand Junction, CO 81501
Tel: (970) 245-9075
chris@harmonseidman.com

Maurice Harmon
Harmon & Seidman LLC
The Pennsville School
533 Walnut Drive
Northampton, PA 18067
maurice@harmonseidman.com

E. Bryan Dunigan, III
Law Office of E. Bryan Dunigan
221 North LaSalle Street
Suite 1454
Chicago, IL 60601
bdunigan@duniganlaw.com


*Attorneys for Plaintiff Robert Frerck*

                                            /s/ Tedd M. Warden
                                            Tedd M. Warden